UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ANTOINETTE MARKOFF,<br><br>       Defendant.<br>_____/ | No. CR-07-0545 VRW/EMC<br><br>**ORDER TO TERMINATE SUPERVISED RELEASE** |

    For the reasons stated on the record at the April 23, 2014 hearing on Defendant's motion, including consideration of the factors under 18 U.S.C. § 3553(a), the Court finds it is in the interest of justice to terminate Defendant's term of supervised release, and it hereby orders that Defendant Antoinette Markoff's term of supervised release is terminated forthwith.

    IT IS SO ORDERED.

Dated: April 24, 2014

                                                       _____<br>
                                                       EDWARD M. CHEN<br>
                                                       United States District Judge